IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

RODNEY BEENE                                                          PLAINTIFF

v.                          Civ. No. 10-6067

HENDERSON STATE UNIVERSITY                                           DEFENDANT

## J U D G M E N T

For the reasons set forth in the Memorandum Opinion and Order, filed contemporaneously herewith, Defendant's Motion for Judgment on the Pleadings (Doc. 7) is hereby GRANTED, and Plaintiff's Complaint (Doc. 1) is DISMISSED. Plaintiff's claims brought pursuant to the ADEA is **DIMISSED WITH PREJUDICE**. Plaintiff's claim brought pursuant to Arkansas law is **DISMISSED WITHOUT PREJUDICE** as to Plaintiff's right to file it in state court. All parties are to bear their own costs and fees. **The parties have thirty days from entry of this judgment on the docket in which to appeal.**

IT IS SO ORDERED this 21st day of January, 2011.

/s/ Robert T. Dawson
Honorable Robert T. Dawson
United States District Judge